PROB 12C
(6/16)

Report Date: October 2, 2020

# United States District Court

for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 02, 2020

SEAN F. McAVOY, CLERK

| | |
|---|---|
| Name of Offender: Timothy James Felch | Case Number: 0980 2:18CR00102-LRS-2 |
| Address of Offender: | WA, 99260 |

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: July 22, 2019

| | |
|---|---|
| Original Offense: | Conspiracy to Distribute Controlled Substances, 21 U.S.C. §§ 846, 841(a)(1), (b)(1)(C), (b)(2) |
| Original Sentence: | Prison - 398 Days; TSR - 36 Months |
| | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | George JC Jacobs, III |
| | Date Supervision Commenced: July 24, 2019 |
| Defense Attorney: | Federal Public Defender |
| | Date Supervision Expires: July 23, 2022 |

## PETITIONING THE COURT

**To issue a WARRANT**.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #1**: You must not commit another federal, state or local crime. |
| 2 | **Standard Condition #10**: You must not own, possess, or have access to a firearm, ammunition, destructive device or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers). |

**Supporting Evidence**: Mr. Felch is alleged to have violated mandatory condition number 1 and standard condition number 10 by having in his possession on October 1, 2020, and based on his admission and witnesses' testimony, an approximate 3-foot long sword, and by being arrested on the day in question for Weapon Brandishing or Intimidating, in violation of R.C.W. 9.41.270, a Gross Misdemeanor.

Specifically, on October 1, 2020, at approximately 6:22 p.m., the undersigned officer began receiving a series of automated law enforcement notifications indicating the client's name was being run by law enforcement. Due to the number of notifications received, the undersigned officer attempted to contact the client on his cell phone, ultimately leaving both a voice mail and sending the client a text message requesting a return call. The undersigned officer then contacted the client's previous girlfriend and sponsor who noted the client had

Prob12C
Re: Felch, Timothy James
October 2, 2020
Page 2

been deteriorating for approximately the last 6 months and she had in fact recently been staying with a friend in an effort to avoid the client. The contact advised that with the assistance of a friend, she had traveled to her residence on the night in question at which time the client was present and was in possession of a "sword." The contact advised she was unsure as to where the client had secured the weapon, and had not seen it in the residence prior to that evening. The contact noted that an argument ensued based on the poor state in which her residence was in, at which time her friend advised the client was disrespecting her and the client drew the sword and "lunged " toward her. The contact noted that she was in between the parties and advised the client that he "better not," following which she contacted law enforcement. The contact advised the client then left the residence prior to law enforcement arriving, but did note during discussion with the undersigned officer, and during another incoming call, that the client had since been arrested.

On October 2, 2020, the police report relative to case number 2020-20173273 was received by the U.S. Probation Office. According to the report received, on October 1, 2020, law enforcement responded to a report of a domestic violence related incident located at the client's residence. Upon arrival, officers made contact with the client's previous sponsor and girlfriend who provided a similar statement to officers as to that previously provided to the undersigned officer. Specifically, the contact indicated she had been temporarily staying away from her residence due to the client having become "erratic" and due to her fear of being hurt by him. The contact advised she had returned on the night in question to secure some personal belongings with a friend, at which time an argument ensued when she asked the client to take out the trash. The client at that time then accessed a "3 foot sword" on his belt, and pulled it partially out displaying it. The sponsor's friend then advised the client that he was being disrespectful to his previous girlfriend, at which time he drew the sword and lunged toward the parties. The contact then contacted law enforcement to report the incident and described the client as being dressed as a female and as wearing chain mail.

Officers were subsequently able to locate the client walking in the community, at which time the client admitted to possessing the sword and to initially revealing it and ultimately drawing it on the parties, but indicated that it was in fact his previous girlfriend's friend who was in fact "hostile" and had in fact "came at him." The client indicated he had placed the sword in the back of his girlfriend's vehicle upon leaving the residence. The officer returned to the scene and located a "large long sword in a black leather sheath" as being present in the back of the vehicle as described. The item was subsequently placed into evidence. A large chain mail shirt was additionally located in a blue backpack carried by the client at the time he was contacted by law enforcement.

Mr. Felch was arrested on the day in question by the Spokane Police Department as a result of his alleged conduct as outlined herein with charges now being recommended for weapon brandishing or intimidating.

The U.S. Probation Office respectfully recommends the Court **issue a WARRANT** requiring the offender to appear to answer to the allegation(s) contained in this petition.

Prob12C
Re: Felch, Timothy James
October 2, 2020
Page 3

|  |  |
|---|---|
| | I declare under penalty of perjury that the foregoing is true and correct. |
| Executed on: | October 2, 2020 |
| | s/Chris Heinen |
| | Chris Heinen<br>U.S. Probation Officer |

THE COURT ORDERS

[ ]   No Action
[✓]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

_____
Signature of Judicial Officer

October 2, 2020
Date