PROB 12C
(6/16)

Report Date: July 8, 2021

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jul 08, 2021**

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Timothy James Felch | Case Number: 0980 2:18CR00102-LRS-2 |
| Address of Offender: | Washington 99033 |

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: July 22, 2019

| | |
|---|---|
| Original Offense: | Conspiracy to Distribute Controlled Substances, 21 U.S.C. §§ 846, 841(a)(1), (b)(1)(C), (b)(2) |
| Original Sentence: | Prison - 398 Days; TSR - 36 Months |
| | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | George J.C. Jacobs, III |
| | Date Supervision Commenced: July 24, 2019 |
| Defense Attorney: | Federal Public Defender |
| | Date Supervision Expires: July 23, 2022 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 10/02/2020.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Mandatory Condition #1**: You must not commit another federal, state or local crime. |
| 4 | **Standard Condition #3**: You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer. |

**Supporting Evidence**: Mr. Felch is alleged to have violated mandatory condition number 1 and standard condition number 3 by being cited and released by the Benewah County Sheriff's Office on June 29, 2021, for the offense of Providing False Information to an Officer, in violation of Idaho Code, 18-5413(2), a criminal misdemeanor.

On July 25, 2019, a U.S.  Probation officer reviewed Mr. Felch's conditions of supervised release relative to 2:18CR00102-LRS-2, as a part of his intake relative to supervised release services. Specifically, Mr. Felch was made aware by a U.S. Probation officer  that he was both required to not commit another federal, state or local crime, and was not to travel outside of the federal judicial district in which he was authorized to reside without permission from the Court or his assigned officer.

Prob12C
Re: Felch, Timothy James
July 8, 2021
Page 2

Specifically, on June 29, 2021, the U.S. Probation Office in Spokane received an automated notification indicating the client's name had been run by the Benewah County Sheriff's Office. At 8:05 p.m., on the day in question, the undersigned officer received a voice mail from the client in which he advised that he wanted to notify the undersigned officer of law enforcement contact. In the voice mail, Mr. Felch advised that he and his girlfriend had traveled into Idaho to get gas and she was subsequently stopped in Idaho for speeding. Mr. Felch admitted to providing the investigating officer with his brother's name and admitted to having been cited for something, although further elaborated that he could not recall what he was cited for at the time of the call.

On June 30, 2021, the undersigned officer received a phone call from the client who sought to clarify his recent contact with law enforcement. Mr. Felch again advised that the parties as previously described had traveled to Idaho to get gas for his girlfriend's vehicle, noting there was no other gas station in proximity to where she was currently residing. Mr. Felch admitted to having not previously advised the undersigned officer as to his need to travel to Idaho, and admitted that upon being questioned about his identity by the investigating officer, he panicked and provided the officer with his brother's name due to his fear that the undersigned officer would learn of his presence in Idaho. The client advised he had located his issued criminal citation and that he had been cited and subsequently released for providing false information to an officer.

On July 7, 2021, the relative police reports were received in this matter. According to police reports, on June 29, 2021, at approximately 7:46 p.m., a Benewah County Sheriff's sergeant observed a vehicle to be traveling at 59 miles per hour in a 45 mile-per-hour zone in the area of U.S. 95 and Underpass Road in Idaho. The vehicle was subsequently stopped by the deputy, and the driver, subsequently identified as the client's girlfriend, was advised of the reason for the stop. While the driver of the vehicle collected several documents as requested by the deputy, the deputy asked the passenger in the vehicle for his identification. The passenger, later identified as the client, responded that he had no identification on his person, and verbally identified himself as Paul D. Felch with a date of birth of September 19, 1980, although then quickly changed his supposed date of birth to September 19, 1984, clarifying to the deputy "I meant to say 1984 instead of 1980."

The deputy was subsequently unable to locate a record with the name and date of birth provided by the client. Mr. Felch was again questioned as to his identity, at which time the client advised that he was on federal probation and had provided the deputy with his brother's name, indicating his name being run by law enforcement would have sent an alert to the U.S. Probation Office. Mr. Felch then provided the officer with an identification card appropriately and properly identifying himself as the client. The vehicle driver subsequently consented to a search of the vehicle, at which time the deputy located a "marijuana vape pen" in the backseat of the vehicle, a partially smoked marijuana "joint" in the glove box, and an unused marijuana "joint" in the driver's purse. Both parties advised that the paraphernalia located was the property of the driver and the client denied any knowledge that the seized items were in the vehicle.

Mr. Felch was subsequently cited and released for the offense of providing false information to an officer. A copy of the client's criminal citation was included in the report, and reflects that the client is summoned to appear before the Court on or after July 5, 2021, but on or before July 19, 2021. The driver of the vehicle was cited and released for possession of a controlled substance and possession of drug paraphernalia with intent to use.

Prob12C
**Re: Felch, Timothy James**
**July 8, 2021**
**Page 3**

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: July 8, 2021

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[✓] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[✓] Defendant to appear before the Magistrate Judge.
[ ] Other

_____
Signature of Judicial Officer

July 8, 2021
Date